DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

ARNOLD v. DISTRIBUTORS and WILSON v. DISTRIBUTORS.

No. 127 PC.

Case below: 21 N.C. App. 579.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

BROOKS v. BROOKS

No. 24 PC.

Case below: 22 N.C. App. 507.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

EARLE v. WYRICK

No. 129 PC.

Case below: 22 N.C. App. 24

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.

GARDNER v. INSURANCE CO.

No. 42 PC.

Case below: 22 N.C. App. 404.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

GASTON v. SMITH

No. 154 PC.

Case below: 22 N.C. App. 242.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.